**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

November 13, 2013

MEMORANDUM TO COUNSEL

    Re:    *William Meyers, Sr., et al. v. Baltimore County, et al.*
             Civil Action No. ELH-10-549

Dear Counsel:

    The editorial staff at West Publishing has selected for publication in the Federal Supplement the Court's November 1, 2013 Memorandum Opinion in this case (ECF 82). In the course of reviewing the opinion for purposes of print publication, I corrected citation and typographical errors. The substance of the opinion was not altered.

    For your reference, a copy of the corrected opinion, as submitted to West, is attached

                         Very truly yours,

                            /s/

                         Ellen Lipton Hollander
                         United States District Judge