# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

WILLIAM MEYERS, et al.,     *

    *

Plaintiffs,     *     Civil No. ELH 10-CV-0053

v.     *

BALTIMORE COUNTY, MD., et al.,     *

    *

Defendants.     *

## VERDICT SHEET

1. Do you find, by a preponderance of the evidence, that defendant Stephen Mee used unreasonable force in the course of arresting Ryan Meyers, in violation of Ryan Meyers' rights under the Fourth Amendment to the United States Constitution and/or Article 26 of the Maryland Declaration of Rights?

       Yes _____ (No)   No _____

If you answered "No" to question 1, STOP; you are finished and should inform the Marshal that you have reached a verdict. If you answered "Yes" to Question 1, please continue to Question 2 and Question 3.

2. Do you find, by a preponderance of the evidence, that defendant Mee's use of unreasonable force was a proximate cause of injuries suffered by Ryan Meyers?

       Yes _____     No _____

3. Do you find, by a preponderance of the evidence, that defendant Mee's use of unreasonable force was a proximate cause of Ryan Meyers death?

Yes _____ No _____

If you answered "No" to Question 2 and "No" to Question 3, STOP; you are finished and should inform the Marshal that you have reached a verdict.

If you answered "Yes" to Question 2, but "No" to Question 3, please answer Questions 4 and 6. If you answered "Yes" to Question 2 and "Yes" to Question 3, please answer Questions 4, 5, and 6.

4. What damages do you award to the Estate of Ryan Meyers in connection with the Survival claim of William Meyers, Jr.?

$ _____

5. What damages, if any, do you award in connection with the Wrongful Death claims of the estates of Annie Mae Meyers and William Meyers, Sr.?

$ _____

6. What, if any, punitive damages do you award to the estate of Ryan Meyers?

$ _____

**SIGNATURE REDACTED** 11/22/13
Foreperson